IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02324-WDM-KLM

CENTURY SURETY COMPANY, an Ohio corporation,

    Plaintiff,

v.

WILLIAM R. SMITH, a/k/a The Company Man,
LORENA GARCIA, individually and as Next Friend of H.G., and
SCHNEIDER ENERGY SERVICES, INC.,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Emergency Motion to Stay Briefing Pending Resolution of Plaintiff's Motion for Voluntary Dismissal Without Prejudice, or, in the Alternative, for an Extension of Time to Respond to Defendants' Motion to Dismiss the Amended Complaint** [Docket No. 26; Filed December 7, 2010] (the "Motion").  On November 17, 2010, Defendants Lorena Garcia and William R. Smith filed a Motion to Dismiss [Docket No. 21] Plaintiff's Amended Complaint [Docket No. 5].  The deadline for Plaintiff to respond to the Motion to Dismiss is today, December 8, 2010.  Plaintiff filed a Motion for Voluntary Dismissal Without Prejudice [Docket No. 25] on December 7, 2010.  The instant Motion seeks a stay of the briefing schedule on Defendants' Motion to Dismiss [#21] pending resolution of Plaintiff's Motion for Voluntary Dismissal [#25].  In the alternative, the Motion seeks an extension of the deadline for Plaintiff to respond to Defendants' Motion to Dismiss [#21].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**.  The deadline for Plaintiff to respond to Defendants' Motion to Dismiss [#21] is extended to **February 8, 2011**.

    IT IS FURTHER **ORDERED** that Defendants shall respond to Plaintiff's Motion for Voluntary Dismissal [#25] on or before **December 17, 2010**.  Plaintiff shall have until **December 23, 2010** to file any reply to Defendants' response.

    Dated:  December 8, 2010