IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02324-WDM-KLM

CENTURY SURETY COMPANY, an Ohio corporation,

    Plaintiff,

v.

WILLIAM R. SMITH, a/k/a The Company Man,
LORENA GARCIA, individually and as Next Friend of H.G., and
SCHNEIDER ENERGY SERVICES, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Schneider Energy Services's **Unopposed Motion to Vacate Briefing Schedule on Dispositive Motions Pending Resolution of Plaintiff's Motion for Voluntary Dismissal** [Docket No. 33; Filed December 21, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the deadline of December 31, 2010 for filing dispositive motions regarding Plaintiff's duty to defend is **vacated**.  If necessary, a new deadline for filing dispositive motions will be set after resolution of Plaintiff's pending Motion for Voluntary Dismissal Without Prejudice [Docket No. 25].

    Dated:  December 21, 2010